In the Matter of the Construction of the Last Will and Testament of THOMAS H. CHITTICK, Deceased.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

LEO GLINSKI, Respondent, v. NORMAN E. MACK, Appellant. HELEN GLINSKI, Respondent, v. NORMAN E. MACK, Doing Business under the Assumed Name and Style of BUFFALO EVENING TIMES, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JAMES R. DIXON, Appellant, v. TONY TALERICO, Respondent.— Stay continued pending hearing and determination of the appeal, the bond already given to stand as security, and the record on appeal to be served and filed in ten days and case added to calendar for argument. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

HERMAN PRONOTH, Respondent, v. THE STATE OF NEW YORK, Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs by May seventeenth. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MARY M. AUDINO, as Administratrix, etc., of MICHAEL AUDINO, Deceased, Appellant, v. PETER CARROLO and Another, Respondents.— Appeal dismissed without costs, on stipulation filed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

RUTH JOHNSON, Appellant, v. G. ELIAS & BROTHER, INCORPORATED, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by August first, and shall pay to respondent's attorney ten dollars. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

GLEASNER COMPRESSED AIR SUPPLY & EQUIPMENT COMPANY, INCORPORATED, Respondent, v. THOMPSON STARRETT COMPANY, INCORPORATED, and Another, Appellants.— Appeal dismissed unless appellants shall file and serve printed briefs by May thirteenth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

PHILIP D. BRADLEY, Respondent, v. RIVERSIDE PULP AND PAPER COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by May thirteenth and shall be ready for argument on May eighteenth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

EDWARD J. FEE, as Administrator, etc., of VERONICA FEE, Deceased, Respondent, v. VINCENT ALESSI and Others, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers and printed briefs by May seventeenth. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ORA FRANK, as Executor, etc., of JOHN S. FRANK, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

GUY CARLO, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.